**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| METROPOLITAN LIFE INS. CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-02-3972 |
| | § | |
| | § | |
| MICHELLE ESCOBAR, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was settled in 2003 and money was deposited into the court registry for the benefit of the two minor children. The settlement called for disbursement to the minors when they reached 18. One of the minors, Trace Colby Holland, has turned 18 and moved for the release of the funds. It is ordered that the principal amount of $22,109.21, plus interest accrued since the deposit in 2003, be distributed to Trace Colby Holland, who may receive the funds at the Office of the Clerk of Court.

SIGNED on July 29, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge